IN THE UNITED STATES DISTRICT COURT
OF ALEXANDRIA VIRGINIA

Without Prejudice UCC 1-308
Denis Alberto Rivera (real living breathing soul, flesh and blood man), Plaintiff,

v.

Clerk Office of The Clerk, US Attorney Ronald L. Walutes, Jr.,

Respondents



CASE No.: 02-00376-A

NOTICE for the Clerk and the US ATTORNEY GENERAL TO "SHOW CAUSE UNDER SUBPOENA DUCES TECUM" PROOF That The CHARGES WERE CERTIFIED Pursuant to UCC 3-419, TITLE 15 USC and the 5TH Amendment to the Due Process Clause as set out in the Bill of Rights.

Comes Now, Plaintiff Denis Alberto Rivera (real living breathing soul, flesh and blood man), and hereby moves this honorable court pursuant to UCC 3-419, Title 15 USC and the 5th Amendment due process clause as set out in the Bill of Rights to the original organic Continental Constitution of America to grant this Notice for show cause for the reasons stated as follows:

#1.

NATURE OF THE CASE:

[A.] Plaintiff was wrongfully convicted in the US District Court of Alexandria, Virginia, for the following charges:

(1.) Conspiracy to Commit Murder – Title 18, U.S.C., Section 1117

(2.) First Degree Murder – Title 18, U.S.C., Sections 1111 and 2


[B.] PREMISES OF NOTICE:

(1.) Plaintiff contends that he is being unlawfully held in confinement predicated on the above "uncertified" charges (charges not certified upon the record of the United States District Court).

(2.) Plaintiff further states that under his 5th Amendment to the due process clause as set out in the Bill of Rights to the Continental Constitution, UCC 3-419 and Title 15 USC, encompasses his right to be confined under charges that were certified by official parties to the action that are actually bonded (insured), and therefore, thus, can move the courts for a show cause hearing under subpoena duces tecum for the US District Court Clerk, Office of The Clerk, and the prosecuting Attorney Ronald L.

#2.

Walutes, Jr., to show proof that the charges by which Plaintiff is held (confined) under has been rightfully certified upon the US District Court record after taking an oath under the penalty of perjury and stating on the record that the charges are certified.

(3.) Therefore, Plaintiff moves the court to issue a Show Cause Order under subpoena duces tecum compelling the US District Court Clerk, Office of the Clerk, and the prosecuting Attorney Ronald L. Walutes, Jr., to show proof that the charges by which Plaintiff is held (confined) under were certified by them upon the record after taking an oath under the penalty of perjury.

(4.) Plaintiff asks that a hearing be conducted on the said issue outlined within this Notice for Show Cause to subpoena the Clerk of court and prosecuting Attorney under subpoena duces tecum to settle the matter upon the record reflect.

NOTICE

(5.) Plaintiff asserts that this is Notice that he is gracefully giving respondents 3 to 9 days under good faith obligation to make a righteous response to this Notice. If respondents fail to respond within the grace period 3 to 9 days given, respondents implies admission that the charges Plaintiff are confined under were not certified by either party upon the

#3.

US District Court record after taking an oath under the penalty of perjury.

NOTICE

Using this notary on this document does not constitute adhesion, nor does it alter my status in any manner. The purpose for notary is verification and indentification only and not for entrance into any foreign jurisdiction, a benefit for the pagans and Heathens so they whom I pray may become knowledgeable in the truth for the Law by our Holy Father in Heaven and repent, so they will no longer be alienated from their true God, Yahweh.

Respectfully Submitted Without Prejudice
UCC 1-308

Executed and sworn by I living Breathing Man (Plaintiff) under the penalty of perjury that the foregoing information in this Notice is true, right and correct.

Sworn to and subscribed before me this 9th day of February, year 2023

Notary Public: _[signature]_

My Commission Expires: 11.30.23

[Notary seal: MELANIE DARLENE MILLER TRENT, NOTARY PUBLIC, REG. #7819338, MY COMMISSION EXPIRES 11/30/2023, COMMONWEALTH OF VIRGINIA]

Without Prejudice UCC 1-308

2/09/2023

I certify that the above notary is not a party to this action.

#4.

Inmate Signature

## Certificate of Service

I swear under penalty of perjury that the following is true, right and correct:

I, Denis Alberto Rivera (real living breathing soul, flesh and blood man) did send a true and certified copy of this NOTICE for show cause and writ of mandamus to the clerk, Office of the Clerk of the US Eastern District Court of Alexandria, Virginia addressed at 401 Courthouse Square, Alexandria, Virginia 22314 and the US Attorney General of the United States, addressed at 41 4th Street NW, Washington, DC 20001, and to the Supreme Court of the United States, addressed at One First Street NE, Washington, DC 20543 on the following said date and time: 2/09/2023 at: approx. 10:00 P.M.

Without Prejudice UCC 1-308

2/09/2023

NOTICE
Using this notary on this document does not constitute adhesion, nor does it alter my status in any manner. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction, a benefit for the pagans and Heathens so they whom I pray may become knowledgeable in the truth for the Law by our Holy Father in Heaven and repent, so they will no longer be alienated from their true God, Yahweh.

Cont. on #2

#1.

Certificate of Acknowledgment

Sworn to and subscribed before me in my presence this 9th day of February, 2023

Notary Public: *Melanie Darlene Miller*

My Commission Expires: 11.30.2023

[Notary Seal: MELANIE DARLENE MILLER TRENT, NOTARY PUBLIC, REG. #7819393, MY COMMISSION EXPIRES 11/30/2023, COMMONWEALTH OF VIRGINIA]

Without Prejudice UCC 1-308

*[signature]*   2/09/2023

I certify that the above notary is not a party to this action.

_____
Inmate Signature

#2.