IN THE SUPREME COURT OF THE UNITED STATES

Without Prejudice UCC 1-308
Denis Alberto Rivera (Real living breathing soul, flesh and blood man),
Plaintiff,

FILED
MAILROOM
FEB 14 2023
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

v.
Clerk-Office of the Clerk, US Attorney Ronald L. Walutes, JR.,
Respondents

CASE No.: 02-00376-A

Notice for a WRIT OF MANDAMUS to compel the US District Court CLERK AND the UNITED STATES ATTORNEY to answer Plaintiff's NOTICE for SHOW CAUSE.

Comes now, Plaintiff Denis Alberto Rivera (Real living breathing soul, flesh and blood Man), and hereby moves this honorable court to grant this NOTICE for the Reasons stated as follows:

[a.] PREMISES OF NOTICE

(1.) Plaintiff asserts that he filed a NOTICE FOR SHOW CAUSE with the US District Court of Alexandria, Virginia to compel the US District Court Clerk, Office of the Clerk, and the UNITED STATES ATTORNEY RONALD L. WALUTES, JR.,

to show proof that they certified the charges Plaintiff are wrongfully confined under in the US District Court record after taking an oath under the penalty of perjury.

(2.) The NOTICE to SHOW CAUSE plaintiff filed consisted of the following:

(a.) Plaintiff contends that he is being unlawfully held in confinement predicated on the above "uncertified" charges (charges not certified upon the record of the US District Court.

(B.) Plaintiff further states that under his 5th Amendment to the due process clause as set out in the Bills Of Rights to the Continental Constitution, UCC 3-419 and Title 15 USC, encompasses his right to be confined under charges that were certified by official parties to the action that are actually bonded (insured), and therefore, thus, can move the courts for a show cause hearing under subpoena **duces tecum** for the US District Court Clerk, Office of The Clerk, and the prosecuting Attorney RONALD L. WALUTES, JR., to show proof that the charges by which Plaintiff is held (confined) under has been rightfully certified upon the US District Court record after taking an oath under the

penalty of perjury and stating on the record that the charges are certified.

(C.) Therefore, Plaintiff moves the court to issue a show cause order under subpoena duces tecum compelling the US District Court Clerk, Office of the Clerk, and the prosecuting Attorney Ronald L. Walutes, Jr., to show proof that the charges by which Plaintiff is held (confined) under were certified by them upon the record after taking an oath under the penalty of perjury.

(D.) Plaintiff asks that a hearing be conducted on the said issue outlined within this NOTICE for SHOW CAUSE to settle the matter.

NOTICE

(E.) Plaintiff asserts that this is notice that he is gracefully giving respondents 3 to 9 days under good faith obligation to make a righteous response to this notice. If respondents fail to respond within the grace period of 3 to 9 days given, respondents implies admission that the charges Plaintiff are confined under were not certified by either party upon the US District Court record after taking an oath under the penalty of perjury.

(3.) Plaintiff asserts that the US District Court

always seems to have a problem answering petition(s)/notice(s) filed by prisoners and fail to respond at all in an attempt to deter Plaintiff from his right to litigation by petitioning the court(s) for redress.

(4.) Therefore, Plaintiff see fit for filing a writ of mandamus in conjunction with every letter and/or petition/notice filed with the US District Court requesting information or to be heard for redress.

(5.) Thus, Plaintiff moves this court to grant this **NOTICE** for a writ of mandamus to compel the US District Court Clerk and the United States ATTORNEY to respond to Plaintiff's NOTICE for Show Cause under subpoena duces tecum under the record reflect in the good faith obligation time requested.

NOTICE

Using this notary on this document does not constitute adhesion, nor does it alter my status in any manner. The purpose for notary is verification and indentification only and not for entrance into any foreign jurisdiction, a benefit for the pagans and Heathens so they whom

I pray may become knowledgeable in the truth for the Law by our Holy Father in Heaven and repent, so they will no longer be alienated from their true God, Yahweh.

Respectfully Submitted
Without Prejudice UCC 1-308
[signature] 2/09/2023
Denis A. Rivera

Executed and sworn by I (living breathing man, Plaintiff) under the penalty of perjury that the foregoing information in this Notice is true, right and correct.

Sworn to and subscribed before me this 9th day of February, year 2023

Notary Public: [signature]

MELANIE DARLENE MILLER TRENT NOTARY PUBLIC REG. #7819393 MY COMMISSION EXPIRES 11/30/2023 COMMONWEALTH OF VIRGINIA

My Commission Expires: 11.30.2023

Without Prejudice UCC 1-308
[signature] 2/09/2023

I certify that the above notary is not a party to this action.

#5.

Inmate Signature

FILED MAILROOM
FEB 14 2023
CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

# Certificate of Service

I swear under penalty of perjury that the following is true, right and correct:

I, Denis Alberto Rivera (real living breathing soul, flesh and blood man) did send a true and certified copy of this NOTICE for show cause and writ of mandamus to the Clerk, Office of the Clerk of the US Eastern District Court of Alexandria, Virginia addressed at 401 Courthouse Square, Alexandria, Virginia 22314 and the US Attorney General of the United States, addressed at 41 4th Street NW, Washington, DC 20001, and to the Supreme Court of the United States, addressed at One First Street NE, Washington, DC 20543 on the following said date and time: 2/09/2023 at: approx. 10:00 P.M.

Without Prejudice UCC 1-308

[signature] 2/09/2023

NOTICE
Using this notary on this document does not constitute adhesion, nor does it alter my status in any manner. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction, a benefit for the pagans and Heathens so they whom I pray may become knowledgeable in the truth for the Law by our Holy father in Heaven and repent, so they will no longer be alienated from their true God, Yahweh.

Cont. On #2.

Certificate of Service/Oath

Sworn to and subscribed before me in my presence this 9th day of February, 2023

Notary Public: Melanie Darlene Miller Trent

My Commission Expires: 11.30.2023

MELANIE DARLENE MILLER TRENT
NOTARY PUBLIC
REG. #7819393
MY COMMISSION EXPIRES 11/30/2023
COMMONWEALTH OF VIRGINIA

Without Prejudice UCC 1-308

[signature] 2/09/2023

I certify that the above notary is not a party to this action.

Inmate Signature

#2.