IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 02-CR-376 |
| | ) | |
| | ) | |
| DENIS RIVERA | ) | |

## ORDER

This matter comes before the Court on Defendant Denis Rivera's *pro se* motion for an order to show cause (Dks. 512, 513).

Accordingly, to assist the Court in deciding the motion,

It is hereby **ORDERED** that the government is **DIRECTED** to file a response on or before **Friday, March 24, 2023 at 5:00 p.m.**

The Clerk of Court is directed to send a copy of this Order to all counsel of record and to defendant.

Alexandria, VA
March 2, 2023

/s/
T. S. Ellis, III
United States District Judge

1