UNDER SEAL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 02-00376-A |
| | ) | |
| v. | ) | Ct. 1: 18 U.S.C. §1117 |
| | ) | (Conspiracy to |
| **DENIS RIVERA** | ) | Commit Murder) |
| a/k/a: "Conejo" | ) | |
| Cts. 1 & 2 | ) | Ct. 2: 18 U.S.C. §§2 & 1111 |
| | ) | (Murder) |
| **NOE DAVID RAMIREZ-GUARDADO** | ) | |
| a/k/a: "Tricky" | ) | |
| Cts. 1 & 2 | ) | |
| | ) | |
| **LUIS ALBERTO CARTAGENA** | ) | |
| a/k/a: "Scuby," | ) | |
| Cts. 1 & 2 | ) | |
| | ) | |
| Defendants | ) | |

SUPERSEDING INDICTMENT

July Term - At Alexandria

Count 1

THE GRAND JURY CHARGES THAT:

On or about September 16, 2001, in Alexandria, Virginia, within the special territorial and maritime jurisdiction of the United States, in the Eastern District of Virginia, defendants **DENIS RIVERA**, a/k/a: "Conejo,", **NOE DAVID RAMIREZ-GUARDADO**, a/k/a: "Tricky," and **LUIS ALBERTO CARTAGENA**, a/k/a: "Scuby," and unindicted male juvenile "H.A.," and others known and unknown to the grand jury did unlawfully, willfully, and knowingly combine, conspire, confederate and agree

together and with others known and unknown to the grand jury to commit the following offense against the United States: to unlawfully, willfully and knowingly, with premeditation and malice aforethought, murder Joaquin Diaz with premeditation and malice aforethought by means of stabbing Diaz with knives and in furtherance of said conspiracy and to effect the objects thereof, the defendants and other conspirators performed the following overt act at Daingerfield Island along the George Washington Memorial Parkway, in Alexandria, Virginia, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia: On or about September 16, 2001, the defendants and other conspirators stabbed Joaquin Diaz numerous times with knives.

(**Conspiracy to Commit Murder**, in violation of Title 18, United States Code, Section 1117.)

Count 2

THE GRAND JURY FURTHER CHARGES THAT:

On or about September 16, 2001, at Daingerfield Island along the George Washington Memorial Parkway, in Alexandria, Virginia, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, defendants **DENIS RIVERA**, a/k/a: "Conejo," **NOE DAVID RAMIREZ-GUARDADO**, a/k/a: "Tricky," and **LUIS ALBERTO CARTAGENA**, a/k/a: "Scuby," and unindicted male juvenile "H.A.," and others known and unknown to the grand jury with premeditation and malice aforethought, did unlawfully, knowingly, and willfully murder Joaquin Diaz by means of stabbing Diaz with knives.

(**Murder**, in violation of Title 18, United States Code, Sections 2 & 1111.)

A TRUE BILL:

*[signature]*
F O R E P E R S O N

*[signature]*
Paul J. McNulty
United States Attorney

*[signature]* by Justin W. Williams
Assistant United States Attorney
Chief, Criminal Division

*[signature]*
Ronald L. Walutes, Jr./Michael E. Rich
Assistant United States Attorneys

3

No. _____

# UNITED STATES DISTRICT COURT

*Eastern District of Virginia*

*Alexandria Division*

## THE UNITED STATES OF AMERICA

vs.

**DENNIS RIVERA**
a/k/a: "Conejo"
**NOE DAVID RAMIREZ-GUARDADO**
a/k/a: "Tricky"
**LUIS ALBERTO CARTAGENA**
a/k/a: "Scuby"

## INDICTMENT

Count 1: Conspiracy to Commit Murder
(Violation of Title 18, United States Code, Section 1117)
Count 2: Murder
(Violation of Title 18, United States Code, Sections 2 & 1111)

*A true bill.*

_____ Foreman

Filed in open court this _____ day,

of _July_ A.D. _2003_

_____ Clerk

Bail, $ _____

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK