Notice

Denis Alberto Rivera
P.O. Box 1900
Pound, VA 24279

FILED MAILROOM APR 2 6 2023 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

To: United States District Judge
Mr. T. S. Ellis, III

Reg. Case No. 02-cr-376
Order dated March 28, 2023

Mr. T. S. Ellis, III,

In your order date March 28, 2023 in criminal Case No. 02-cr-376 you stated in page 2:

"The government respondent to defendant's motion and provided a copy of the Superseding Indictment and the Judgment in a Criminal Case certified by the Clerk of the Court. see (Dkt. 515); Exhs. 1 and 2 (Dkts. 515-1, 515-2)."

I have not received no documents from the government, I would have to signed a document in prison indicating the date and time and from whom I've received the documents and I have not received any

#1            Cont. On #2

Cont. from #1.

documents from the government's office. I would like a copy of those documents to be provided to me. Thank you.

Respectfully Submitted,
Without Prejudice
UCC 1-308

Denis Alberto Rivera

#2.