Denton A. Rice (#035186)
Red Onion State Prison
P.O. Box 1900
Pound, VA 24279

Case 1:02-cr-00376-RDA   Document 517-1   Filed 04/26/23   Page 1 of 1 PageID# 378

VA DEPARTMENT OF CORRECTIONS
HAS NEITHER CENSORED OR INSPECTED
ITEM THEREFORE THE DEPARTMENT DOES
NOT ASSUME ANY RESPONSIBILITY
FOR IT'S CONTENTS

RECEIVED DATE
APR 21 2023
U.S. MARSHALS

RECEIVED MAILROOM
APR 26 2023
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

To: U.S. District Court
Office of the Clerk
Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314-5798